UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GENEVA ALDRIDGE

VERSUS

SAVE-A-LOT, INC.

CIVIL ACTION

NUMBER 07-610-SCR

**JUDGMENT**

Judgment is hereby rendered dismissing the plaintiff's claims against defendants Save-A-Lot, Inc., and Moran Foods, Inc., without prejudice.

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the clerk of court in favor of the defendant and against the plaintiff in accordance with the applicable provisions of Uniform Louisiana Local Rule 54.

Baton Rouge, Louisiana, June 13, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE